# UNITED STATES DISTRICT COURT

for

Western District of Oklahoma

U.S.A. vs. Chenglong Dai Docket No. 5:26-CR-00177-49

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Katie Massey, pretrial services/probation officer, presenting an official report upon the conduct of defendant Chenglong Dai, who was placed under pretrial release supervision by the Honorable Shon T. Erwin, sitting in the court at Western District of Oklahoma on the 1st date of June, 2026 under the following conditions:

(f) The defendant must abide by the following restrictions on personal association, residence, or travel: Travel restricted to the Eastern District of New York and the Western District of Oklahoma for court purposes only, unless pre-approved by USPO.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short, insert here. If lengthy, write on separate sheet and attach.)

On or about August 14, 2026, the defendant was in the state of Missouri without permission.

HAVING REVIEWED THE ALLEGATIONS MADE IN THIS PETITION MADE BY THE UNITED STATES PROBATION OFFICER, THE UNITED STATES MOVES THE COURT PURSUANT TO 18 U.S.C. §3148(b) TO INITIATE REVOCATION PROCEEDINGS AGAINST THE DEFENDANT.

TELEPHONICALLY APPROVED BY AUSA ELIZABETH BAGWELL

ASSISTANT UNITED STATES ATTORNEY

PRAYING THAT THE COURT WILL ORDER A WARRANT FOR HIS ARREST AND ADDRESS THE ABOVE NOTED VIOLATION.

ORDER OF COURT

Considered and ordered this 18th day of Aug, 2026 and ordered filed and made a part of the records in the above case.

Shon T. Erwin

U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 18, 2026

Klm

U.S. Pretrial Services/Probation Officer

Place Oklahoma City, Oklahoma